UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>    Plaintiff,<br><br>    v.<br><br>C. RACHAL, ET AL.,<br><br>    Defendant(s). | Case No. CV 19-5605-DOC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Eighth Amendment claim is dismissed with prejudice and without leave to amend.

Dated: November 5, 2019

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge