JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM, | Case No. CV 19-5605-DOC (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| C. RACHAL, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: September 29, 2020

_____
HONORABLE DAVID O. CARTER
United States District Judge